1  JEFFREY A. DICKERSON
2  NEVADA Bar No. 2690
   9655 Gateway Dr., Suite B
   Reno, NV 89521
3  (775) 786-6664
   (775) 786-7466-Facsimile
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * *

9  GARY GRAY,

10      Plaintiff,                    CASE NO.  CV-N-05-0341-LRH-(VPC)

11  vs.                              STIPULATION AND ORDER FOR
                                     EXTENSION OF TIME (First Request)
12  MASTERFOODS USA, a division of MARS,
    INCORPORATION, a Delaware corporation,
13
        Defendant.
14  _____/

15      The parties through their undersigned counsel hereby stipulate and agree that Plaintiff

16  shall have an additional two weeks, from August 21, 2006, to and including September 5, 2006

17  (September 4, 2006 being a holiday) within which to file his Opposition to Motion for Summary

18  Judgment.

19  DATED  8/21/06                    DATED  8-21-06

20  LAW OFFICE OF                     LAW OFFICE OF
21  JEFFREY A. DICKERSON              JOSHUA L. HARMON

22
23  JEFFREY A. DICKERSON              JOSHUA L. HARMON
    Counsel for Plaintiff             Counsel for Defendant

24                        ORDER

25      IT IS SO ORDERED this  25th day of August, 2006.

26

27

28

                                     _____
                                     LARRY R. HICKS
    JAD/kdd/gray/enlarge time        UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664